**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of Puerto Rico
(State)

Case number (if known): _____ Chapter 11

☐ Check if this is an amended filing

## Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   ☐ Chapter 7
   ☒ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**

   Betterecycling Corporation

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   6 6 - 0 5 4 9 5 5 3
   EIN

5. **Debtor's address**

   **Principal place of business**

   Empresas Díaz Building, 101
   Number  Street

   Andes St., 65 de Infantería

   San Juan          P.R.   00926
   City              State  ZIP Code

   County _____

   **Mailing address, if different**

   _____
   Number  Street

   P.O. Box 21420
   P.O. Box

   San Juan          P.R.  00928-1420
   City              State ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number  Street

   _____

   _____
   City              State  ZIP Code

Official Form 205                Involuntary Petition Against a Non-Individual                page 1

Debtor  __Betterecycling Corporation__          Case number (if known)_____
         Name

6. **Debtor's website** (URL)    www.emdi.com

7. **Type of debtor**
   - ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**

   Check one:
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the types of business listed.
   - ☐ Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
   - ☐ No
   - ☒ Yes. Debtor __Coco Beach Golf & Country Club, S.E.__ Relationship __Affiliate__
     District __Puerto Rico__ Date filed __07/13/2015__ Case number, if known __15-05312 (ESL)__
                                          MM / DD / YYYY

     Debtor __Betteroads Asphalt, LLC__ Relationship __Affiliate__
     District __Puerto Rico__ Date filed __06/09/2017__ Case number, if known _____
                                          MM / DD / YYYY

## Part 3: Report About the Case

10. **Venue**

    Check one:
    - ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - ☒ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*
    - ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**
    - ☒ No
    - ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor __Betterecycling Corporation__  Case number (if known) _____
Name

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | See Attachment A | | $ |
| | | | $ |
| | | | $ |
| | | Total of petitioners' claims | $ |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Rafael Figueroa Sosa, Representative

Name and mailing address of petitioner
Champion Petroleum Corp.
Name
P.O. Box 1989
Number  Street
Cardino    PR    00984
City        State   ZIP Code

Name and mailing address of petitioner's representative, if any
Same as above
Name
_____
Number  Street
_____
City    State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6/9/17
MM /DD /YYYY

X _____
Signature of petitioner or representative, including representative's title

**Attorneys**

Manuel Porro-Vizcarra
Printed name
MPV Low Office
Firm name, if any
382 Escorial Ave, Urb Caparra Heights
Number  Street
San Juan    PR    00920
City    State   ZIP Code
Contact phone 787 774-8200  Email mpv@mpvbhpr.com
Bar number 7994
State PR

X _____
Signature of attorney

Date signed 6/9/17
MM /DD /YYYY

Official Form 205  Involuntary Petition Against a Non-Individual  page 3

Debtor  Betterecycling Corporation  
          Name

Case number (if known) _____

**Name and mailing address of petitioner**

St. James Security Inc.  
Name

Urbanización Caribe, 1604 Ponce de León Ave.  
Number    Street

San Juan      P.R.     00926-2723  
City          State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

Marcos Rivera  
Name

1604 Ave. Ponce de León  
Number    Street

San Juan      P.R.     00926-2723  
City          State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05 30 2017  
           MM / DD / YYYY

X _[signature]_  
Signature of petitioner or representative, including representative's title

Israel O. Alicea-Luciano, Esq.  
Printed name

Israel Alicea Law Offices  
Firm name, if any

239 Arterial Hostos Avenue  
Number    Street

San Juan      P.R.     00918-1475  
City          State      ZIP Code

Contact phone (787)250-1420  Email israel_alicea@yahoo.com

Bar number  225113

State  P.R.

X /S/ Israel O. Alicea Luciano  
Signature of attorney

Date signed  06/05/2017  
           MM / DD / YYYY

**Name and mailing address of petitioner**

_____  
Name

_____  
Number    Street

_____  
City        State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____  
Name

_____  
Number    Street

_____  
City        State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____  
         MM / DD / YYYY

X _____  
Signature of petitioner or representative, including representative's title

Printed name

Firm name, if any

Number    Street

City        State     ZIP Code

Contact phone _____  Email _____

Bar number _____

State _____

X _____  
Signature of attorney

Date signed _____  
         MM / DD / YYYY

Debtor __Betterrecycling Corporation__  
Name

Case number (if known) _____

### Name and mailing address of petitioner

__Control Force Corporation__  
Name

__Albizu Campos Ave. Km., 0.9, Urb. La Alboleda__  
Number  Street

__Salinas__        __P.R.__    __00751__  
City              State      ZIP Code

### Name and mailing address of petitioner's representative, if any

__Nicolás López Díaz__  
Name

__Albizu Campos Ave. Km., 0.9, Urb. La Alboleda__  
Number  Street

__Salinas__        __P.R.__    __00751__  
City              State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____  
MM / DD / YYYY

✗ _/Nil./_  
Signature of petitioner or representative, including representative's title

---

__Roberto Bolorín, Esq.__  
Printed name

_____  
Firm name, if any

__PO Box 2406__  
Number  Street

__Guayama__       __P.R.__    __00785__  
City              State      ZIP Code

Contact phone _____  Email _____

Bar number  __221510__

State  __P.R.__

✗ __/S/ Roberto Bolorín__  
Signature of attorney

Date signed  __05/30/2017__  
             MM / DD / YYYY

---

### Name and mailing address of petitioner

_____  
Name

_____  
Number  Street

_____  
City       State    ZIP Code

### Name and mailing address of petitioner's representative, if any

_____  
Name

_____  
Number  Street

_____  
City       State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____  
MM / DD / YYYY

✗ _____  
Signature of petitioner or representative, including representative's title

---

_____  
Printed name

_____  
Firm name, if any

_____  
Number  Street

_____  
City       State    ZIP Code

Contact phone _____  Email _____

Bar number  _____

State  _____

✗ _____  
Signature of attorney

Date signed  _____  
             MM / DD / YYYY

Debtor  **Betterecycling Corporation**                          Case number (if known) _____

### Name and mailing address of petitioner

Banco Popular de Puerto Rico
Name
17th Floor, Popular Center Building
209 Muñoz Rivera Ave.
Number    Street

San Juan            P.R.       00918
City                State      ZIP Code

### Name and mailing address of petitioner's representative, if any

Rosimari León Castañer
Name

P.O. Box 362708
Number    Street

San Juan            P.R.       00936-2708
City                State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5/26/2017
             MM / DD / YYYY

✗ _[signature]_  Vice President
Signature of petitioner or representative, including representative's title

---

Luis C. Marini-Biaggi
Printed name

O'Neill & Borges, LLC
Firm name, if any

250 Muñoz Rivera Ave., Suite 800
Number    Street

San Juan            P.R.       00918-1813
City                State      ZIP Code

Contact phone (787)764-8181  Email luis.marini@oneillborges.com

Bar number  222301

State       P.R.

✗       /S/ Luis C. Marini-Biaggi
Signature of attorney

Date signed  6/9/2017
             MM / DD / YYYY

---

### Name and mailing address of petitioner

Name

Number    Street

City        State     ZIP Code

### Name and mailing address of petitioner's representative, if any

Name

Number    Street

City        State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
             MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

---

Printed name

Firm name, if any

Number    Street

City        State     ZIP Code

Contact phone _____  Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
             MM / DD / YYYY

---

Official Form 205                Involuntary Petition Against a Non-Individual                page 4

Debtor  **Betterecycling Corporation**  Case number (if known) _____

### Name and mailing address of petitioner

Name: Banco Santander de Puerto Rico
Number Street: Ponce de León Ave., #207
City: San Juan  State: P.R.  ZIP Code: 00918

### Name and mailing address of petitioner's representative, if any

Name: Marie Guiven López / Lynnette Vega Flores
Number Street: PO Box 362589
City: San Juan  State: P.R.  ZIP Code: 00936

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ MM / DD / YYYY

X _____ Signature of petitioner or representative, including representative's title

---

Printed name: Luis C. Marini-Biaggi
Firm name, if any: O'Neill & Borges, LLC.
Number Street: 250 Muñoz Rivera Ave.
City: San Juan  State: P.R.  ZIP Code: 00918-1813
Contact phone: 787-764-8181  Email: luis.marini@oneillborges.com
Bar number: 222301
State: P.R.

X /S/ Luis C. Marini-Biaggi
Signature of attorney
Date signed: 6/9/2017

---

### Name and mailing address of petitioner

Name: _____
Number Street: _____
City ___ State ___ ZIP Code ___

### Name and mailing address of petitioner's representative, if any

Name: _____
Number Street: _____
City ___ State ___ ZIP Code ___

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ MM / DD / YYYY

X _____ Signature of petitioner or representative, including representative's title

---

Printed name: _____
Firm name, if any: _____
Number Street: _____
City ___ State ___ ZIP Code ___
Contact phone: _____  Email: _____
Bar number: _____
State: _____

X _____ Signature of attorney
Date signed: _____ MM / DD / YYYY

Debtor  Bettercycling Corporation  Case number (if known) _____

### Name and mailing address of petitioner

**Firstbank Puerto Rico**
Name
1519 Ponce de León Ave. Stop 23
First Federal Building 1st Floor
Number  Street

San Juan  P.R.  00908
City  State  ZIP Code

### Name and mailing address of petitioner's representative, if any

Francisco X. Pascual
Name

PO Box 9146
Number  Street

San Juan  P.R.  00908-0146
City  State  ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___/___/___ (MM/DD/YYYY)

X _____ FRANCISCO X. PASCUAL, VICE PRESIDENT
Signature of petitioner or representative, including representative's title

---

Luis C. Marini-Biaggi
Printed name

O'Neill & Borges, LLC.
Firm name, if any

250 Muñoz Rivera Ave.,
Number  Street

San Juan  P.R.  00918-1813
City  State  ZIP Code

Contact phone (787) 764-8181  Email luis.marini@oneillborges.com

Bar number  222301

State  P.R.

X /S/ Luis C. Marini-Biaggi
Signature of attorney

Date signed 6/9/2017 (MM/DD/YYYY)

---

### Name and mailing address of petitioner

_____
Name

_____
Number  Street

_____
City  State  ZIP Code

### Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number  Street

_____
City  State  ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___/___/___ (MM/DD/YYYY)

X _____
Signature of petitioner or representative, including representative's title

---

_____
Printed name

_____
Firm name, if any

_____
Number  Street

_____
City  State  ZIP Code

Contact phone _____  Email _____

Bar number _____

State _____

X _____
Signature of attorney

Date signed ___/___/___ (MM/DD/YYYY)

---

Official Form 205  Involuntary Petition Against a Non-Individual  page 4

Debtor  **Betterecycling Corporation**  Case number (if known) _____
Name

### Name and mailing address of petitioner

Name: Economic Development Bank of PR
Number Street: P.O. Box 2134
City: San Juan  State: P.R.  ZIP Code: 00922-2134

### Name and mailing address of petitioner's representative, if any

Name: Eric M. Alers
Number Street: P.O. Box 2134
City: San Juan  State: P.R.  ZIP Code: 00922-2134

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05/24/2017 (MM/DD/YYYY)

X _[signature]_
Signature of petitioner or representative, including representative's title

---

Printed name: Luis C. Marini-Biaggi
Firm name, if any: O'Neill & Borges, LLC.
Number Street: 250 Muñoz Rivera Ave.,
City: San Juan  State: P.R.  ZIP Code: 00918-1813
Contact phone: (787)764-8181  Email: luis.marini@oneillborges.com
Bar number: 222301
State: P.R.

X /S/ Luis C. Marini-Biaggi
Signature of attorney

Date signed: 6/9/2017 (MM/DD/YYYY)

---

### Name and mailing address of petitioner

Name: _____
Number Street: _____
City: _____  State: _____  ZIP Code: _____

### Name and mailing address of petitioner's representative, if any

Name: _____
Number Street: _____
City: _____  State: _____  ZIP Code: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ (MM/DD/YYYY)

X _____
Signature of petitioner or representative, including representative's title

---

Printed name: _____
Firm name, if any: _____
Number Street: _____
City: _____  State: _____  ZIP Code: _____
Contact phone: _____  Email: _____
Bar number: _____
State: _____

X _____
Signature of attorney

Date signed: _____ (MM/DD/YYYY)

ATTACHMENT A

**13. Each of petitioner's claim**

| Name of Petitioner | Nature of petitioner's claim | Total claim | Amount of claim above the value of any lien |
|---|---|---|---|
| **St. James Security Services, Inc.** | Judgment[1] | $60,020.48 | $60,020.48 |
| **Control Force, Corp.** | Judgment[2] | $56,872.14 | $56,872.14 |
| **Champion Petroleum, Inc.** | Judgment[3] | $5,204.88[4] | $5,204.88 |
| **Banco Popular de PR** (Line of Credit) Note 4001 | Loan Agreement | $11,840,690.92 | Undetermined |
| **Banco Popular de PR** (Term Loan I) Note 9008 | Loan Agreement | $6,790,317.53 | Undetermined |
| **Banco Popular de PR** (Term Loan II) Note 9009 | Loan Agreement | $16,647,238.05 | Undetermined |
| **Santander** (Term Loan I) Note 9008 | Loan Agreement | $2,068,170.71 | Undetermined |
| **Santander** (Term Loan II) Note 9009 | Loan Agreement | $4,841,943.64 | Undetermined |
| **Santander** (Term Loan III) Note 9010 | Loan Agreement | $9,259,182.29 | Undetermined |
| **Santander** (Line of Credit) Note 4001 | Loan Agreement | $3,606,395.44 | Undetermined |

---

[1] Judgment dated December 8, 2016, *St. James Security Services, Inc. vs. Betteroads Asphalt LLC. & Betterecycling Corporation* - Civil Case No. KCD 2016-0453 (604).
[2] Judgment dated March 7, 2017, *Control Force, Corp v. Betterecycling Corp.* - Civil Case No. KCD2016-2093 (503).
[3] Judgment dated March 20, 2017, *Champion Petroleum Inc. vs. Betterecycling Corp.* – Civil Case No. K CM2017-0361(902)
[4] Pursuant to the Judgment, and stipulation of payment, Champion Petroleum, Inc. waived interests, costs and attorney's fees. To this date, the debtor is in default of the Payment Agreement. The principal amount owed is currently $5,204.88. Due to the breach, creditor will now seek interests, costs and fees.

| | | | |
|---|---|---|---|
| **Firstbank PR** (Line of Credit) Note 4001 | Loan Agreement | $6,458,768.31 | Undetermined |
| **Firstbank PR** (Term Loan I) Note 9008 | Loan Agreement | $3,703,929.78 | Undetermined |
| **Firstbank PR** (Term Loan II) Note 9009 | Loan Agreement | $9,078,644.32 | Undetermined |
| **Economic Development Bank of P.R.** (Line of Credit) Note 4001 | Loan Agreement | $1,152,939.72 | Undetermined |
| **Economic Development Bank of P.R.** (Term Loan I) Note 9008 | Loan Agreement | $661,179.90 | Undetermined |
| **Economic Development Bank of P.R.** (Term Loan IV) Note 9011 | Loan Agreement | $4,137,250.82 | Undetermined |

**Other loans between Banco Popular and Betterecycling Corporation:**

| | | | |
|---|---|---|---|
| **Banco Popular de PR** Loan No. 101-0900-1002813-2001 | Loan Agreement | $8,271,387.12 | Undetermined |
| **Banco Popular de PR** Loan No. 101-0900-1002813-9004 | Loan Agreement | $4,256,358.95 | Undetermined |
| **Banco Popular de PR** Loan No. 101-0900-1002813-9005 | Loan Agreement | $3,753,088.80 | Undetermined |

| | | | |
|---|---|---|---|
| Total of Petitioners' Claim | | $96,649,583.80 | $122,097.50 |